GEORGE H. RAYMOND, Respondent, *v.* BRIDGET HOGAN et al., Appellants.

*Raymond* v. *Hogan*, 10 App. Div. 189, affirmed.
(Argued May 1, 1899; decided June 6, 1899.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the first judicial department, entered November 24, 1896, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Edmund Luis Mooney* and *Frederick A. Card* for appellants.

*Frederick Seymour* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur.